UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---------------------------------------------------x
DANIEL TODD,  :

        Plaintiff,  :  CASE NO.: 1:25-cv-00461-JE-JPM

vs.  :  Judge: Jerry Edwards

  :  Magistrate: Joseph H L Perez-Montes

MONROE RETAIL GROUP, LLC  :

        Defendants.  :
---------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(ii), by and between the undersigned attorneys of record, that the above-captioned proceeding be, and hereby is, dismissed in its entirety, with prejudice, against the Defendant without fees or costs to any party against any other.

Respectfully Submitted, this 27th day of August, 2025.

By:/s/ Andrew D. Bizer
   **ANDREW D. BIZER**

**BIZER & DEREUS, LLC**
Andrew D. Bizer, Bar No. 30396
Garret S. DeReus, Bar No. 35105
Eva M. Kalikoff, Bar No. 39932
3319 St. Claude Avenue
New Orleans, Louisiana 70112
Telephone:   (504) 619-9999
Facsimile:    (504) 948-9996
Email:    andrew@bizerlaw.com
      gdereus@bizerlaw.com
      eva@bizerlaw.com
*Counsel for Plaintiff*

By:/s/ Brian P. Bowes
   **BRIAN P. BOWES**

**HUDSON, POTTS & BERNSTEIN, LLP**
BRIAN P. BOWES (LA #20120)
BBOWES@HPBLAW.COM
1800 HUDSON LANE
SUITE 300
POST OFFICE DRAWER 3008
MONROE, LOUISIANA 71210-3008
TELEPHONE: (318) 388-4400
*Counsel for Defendant Monroe Retail Group, LLC*